UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

BRICKLAYERS INSURANCE AND WELFARE FUND, BRICKLAYERS PENSION FUND, BRICKLAYERS SUPPLEMENTAL ANNUITY FUND, BRICKLAYERS AND TROWEL TRADES INTERNATIONAL PENSION FUND, NEW YORK CITY AND LONG ISLAND JOINT APPRENTICESHIP AND TRAINING FUND, INTERNATIONAL MASONRY INSTITUTE, and SANTO LANZAFAME, in his fiduciary capacity as Administrator, BRICKLAYERS LOCAL 1, INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFT WORKERS, and BRICKLAYERS LABOR MANAGEMENT RELATIONS COMMITTEE,

06 Civ. 0079 (SLT)

                    Plaintiffs,

    - against -

JANSONS ASSOCIATES, INC.
AND ROBERT C. SUMANIS,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - X

NOTICE OF DISMISSAL

        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs, by their attorneys, Vladeck, Waldman, Elias & Engelhard, P.C., voluntarily dismiss the above

234860 v1

captioned action.

Dated:   New York, New York
         January 31, 2006

                              VLADECK, WALDMAN, ELIAS &
                                 ENGELHARD, P.C.

By: _____
     James I. Wasserman (JW 3717)
     Attorneys for Plaintiffs
     1501 Broadway, Suite 800
     New York, New York  10036
     (212) 403-7300